UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN G. MILLER and
MADELINE CAROL MILLER,

        NO. CIV. S-00-803 LKK/GGH

    Plaintiffs,

  v.                            O R D E R

BANK OF AMERICA,

    Defendant.
_____/

    On June 16, 2004, upon receipt of correspondence from the parties regarding settlement, the court directed the parties to file documents disposing of the case. The time to do so has long since passed and no stipulation to dismiss has been filed. The above-captioned case is now DISMISSED for failure to prosecute.

    IT IS SO ORDERED.

    DATED: August 11, 2005.

                              /s/Lawerence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT